Rosalie MONRREAL, Appellant,

v.

The STATE of Texas, Appellee.

No. 36041.

Court of Criminal Appeals of Texas.

June 26, 1963.

No attorney on appeal for appellant.

Leon B. Douglas, State's Atty., Austin, for the State.

WOODLEY, Presiding Judge.

The offense is murder without malice; the punishment, 5 years.

Notice of appeal was given in open court on June 7, 1963, but was withdrawn during the same term of court, on June 25, 1963.

In the absence of a notice of appeal, this Court has no jurisdiction.

The appeal is dismissed.